UNITED STATES of America,
Plaintiff–Appellee,

v.

BRIAN H., Juvenile, Defendant–
Appellant.

No. 00–30261.

D.C. No. CR–00–000–19–DWM.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 12, 2001.

Decided Feb. 4, 2002.

Before B. FLETCHER, BRUNETTI, and FISHER, Circuit Judges.

## MEMORANDUM [1]

Brian H. challenges his adjudication of juvenile delinquency under the Federal Juvenile Delinquency Act, 18 U.S.C. § 5032, on jurisdictional and constitutional grounds. All of his arguments are squarely foreclosed by our decision in *United States v. Pierre Y.*, No. 00–30411, 2002 WL 187420 (cite forthcoming).

AFFIRMED.

---

1. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.